2

UNITED STATES BANKRUPTCY COURT

FOR THE MAIN DISTRICT OF ARIZONA

PHOENIX DIVISION

| In re | Case No. 12-11597 |
|---|---|
| JUDITH V BROWN | Chapter 13 |
| | NOTICE OF SATISFACTION OF PROOF OF CLAIM # 5 |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 6/26/2012, and assigned as Claim number 5 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 5 should cease at this time.

Dated: December 11, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ Andrew Kussmaul
Andrew Kussmaul
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

FILED
DEC 15 2014
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

-1-

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 11 day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
JUDITH V BROWN
6259 E HORSESHOE RD
PARADISE VALLEY, AZ 85253

**Debtors' Attorney**
CHRISTINE G. FORAKIS
**Chapter 13 Trustee**

/s/ Andrew Kussmaul
Andrew Kussmaul

-2-