# TIFFANY & BOSCO

P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Secured Creditor

15-00220

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith V. Brown <br><br> Debtor. | No. 2:12-bk-11597-GBN <br><br> Chapter 11 <br><br> LIMITED OBJECTION TO CHAPTER 11 PLAN <br><br> Re: Property Located at <br> 6259 East Horseshoe Road, <br> Paradise Valley, AZ 85253 |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of

CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-HYB5, Mortgage Pass Through Certificates,

series 2004-HYB5, ("Secured Creditor"), by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to

the proposed Chapter 11 Plan (the "Plan") filed by the Debtor for the following reasons:

      1.     The Plan provides for an impermissible cram down of Secured Creditor's lien interest on

the real property commonly known as 6259 East Horseshoe Road, Paradise Valley, AZ 85253.

2.	Secured Creditor objects as the loan modification is under review and has not been approved to date.  Should the loan modification review be denied, Debtor must pay pursuant to the existing loan documents.  This is Debtor's primary residence, and may not be modified pursuant to 11 USC §1123(b)(5).  11 USC §1123(b)(5) provides in part:

> Subsection (B) Subject to subsection (a) of this section, a Plan may…
>
> Subsection (5) Modify the rights of holders of secured claims, other than a claim secured only by security interest in real property that is the Debtors principle residence…

Because the Plan attempts to modify the rights of Seccured Creditor's claim secured by a lien interest in the property, which is the Debtor's personal residence, the Plan violates 11 USC § 1123(b)(5) and therefore is not confirmable pursuant to 11 USC 1129 (a)(1).

WHEREFORE, Secured Creditor prays as follows:

(1) That the Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 30th day of January, 2015.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ LJM #014228
　　　　　　Mark S. Bosco
　　　　　　Leonard J. McDonald
　　　　　　David W. Cowles
　　　　　　Attorneys for Secured Creditor

COPY of the foregoing mailed
January 30, 2015 to:

Judith V. Brown
6259 E. Horseshoe Rd.
Paradise Valley, AZ  85253
Debtor

FORAKIS LAW FIRM
346 E. Palm Lane
Phoenix, AZ 85004
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee


By: *Gail Hardin*